Jackie McKUBBIN, Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 06–7143.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 21, 2006.

Jackie McKubbin, Appellant Pro Se.
Gretchen C.F. Shappert, United States At-
torney, Charlotte, North Carolina, for Ap-
pellee.

Before WIDENER, WILKINSON, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Jackie McKubbin appeals the district
court's order denying his motion for a
reduction in his sentence. We have re-
viewed the record and find no abuse of
discretion and no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *McKubbin v. United
States*, No. 3:95–cr–00005–3 (W.D.N.C.
June 19, 2006). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*